## AFFIDAVIT OF DANIEL CAMPBELL

I, Daniel Campbell, state:

## INTRODUCTION

1.	I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since 1990.  I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. §2510(7).  I am currently assigned to the Boston Group VI Field Office.  As an ATF Special Agent, my duties include the investigation of violations of federal laws.

2.	This affidavit is being submitted in support of a criminal complaint for defendant Devon Hamilton for bank fraud in violation of 18 U.S.C. §1344(1) and (2).

3.	The facts in this affidavit come from my review of records and/or reports, my training and experience, and information obtained from other agents, officers and witnesses. This affidavit is only intended to establish that there is probable cause for the requested complaint and does not set forth all of the facts in regard to this ongoing investigation.

4.	Based upon an ongoing joint investigation of NOB, a violent criminal organization, investigators identified Hamilton as being a member/associate of NOB.  In the fall of 2019, investigators identified that Hamilton, using the Snapchat social media platform, began to post images of bank receipts, often in excess of $5,000.  Hamilton would accompany these images with postings in which he sought accomplices who had access to checking accounts. Hamilton included information regarding multiple financial institutions in these postings, including the Quincy Credit Union (which is federally insured by the National Credit Union Administration).

5.     Investigators observed and preserved a Snapchat image posted by Hamilton on or about February 25, 2020. The image showed a paper receipt documenting a deposit at the Quincy Credit Union for $8,625.00. It was accompanied by a message soliciting others to join his bank fraud scheme. Three days later, on or about February 28, Hamilton posted an image to his Snapchat account showing an electronic receipt documenting a $5,000.00 withdrawal. This withdrawal was deducted from the previously deposited $8,625.00. This withdrawal took place two days after the initial deposit. Investigators contacted a representative of the Quincy Credit Union. The representative stated that the $5,000.00 was withdrawn from the credit union by a female, who has been identified. The representative reported that the payee on the check was listed as a company from Illinois. The representative also informed investigators that this check was determined to be a fraudulent check. Investigators were able to obtain video surveillance from the Quincy Credit Union showing the February 25th deposit. The video showed Honda Accord, which has been associated with Devon Hamilton pursuant to the investigation, pull up to the drive-thru teller. The occupants of the vehicle obscured their faces with hooded sweatshirts, but their clothing was visible. A male individual in the rear seat can be seen making the actual deposit. Investigators then checked video recordings from a pole camera near Hamilton's residence. This video showed Hamilton and his associate J.T. leaving Hamilton's residence approximately one hour prior to the deposit in separate cars. Both Hamilton and J.T. were wearing the same clothing as the individuals who made the deposit at the Quincy Credit Union. Based upon that, it was determined that Devon Hamilton drove the vehicle to the drive-thru teller and J.T. made the actual deposit.

6. Investigators were again monitoring Hamilton's Snapchat account on April 10, 2020. Investigators observed a photo posted by Hamilton showing four separate deposit slips, dated March 24, 2020. These receipts showed that $4,895.00 and $4368.17 were deposited at the Weymouth branch of the Quincy Credit Union. The two other receipts showed that $4,673.00 and $4,895.00 were deposited at the Quincy branch of the Quincy Credit Union. Investigators again contacted the Quincy Credit Union. They were informed that the credit union had discovered that the checks were fraudulent and they were not paid out. Video was recovered showing both deposits. Devon Hamilton is clearly shown making both deposits at the respective branch's drive-thru tellers. It was also noted that Hamilton was operating J.T.'s vehicle, though no other passengers were able to be identified in the video. It was further noted that Hamilton was wearing the same camouflage hooded sweatshirt in the February 25th and March 24th deposits. Hamilton has been observed wearing this same hooded sweatshirt on numerous occasions in the area of his residence by investigators.

7.      Based on the evidence set forth above, there is probable cause to believe that defendant Devon Hamilton has committed bank fraud in violation of 18 U.S.C. §1344(1) and (2).

Signed electronically and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1 on June 15, 2020.

/s/ *Daniel Campbell*
Daniel Campbell
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Electronically subscribed and telephonically sworn to before me this 15th day of June 2020

_____
HONORABLE M. PAGE KELLEY
UNITED STATES MAGISTRATE JUDGE